## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

HOWARD COHAN,

      Plaintiff,

v.                                        Case No: 8:14-cv-2526-T-30JSS

SANDPEARL RESORT, LLC,

      Defendant.

_____

### ORDER OF DISMISSAL

Before the Court is the Stipulated Order Dismissing Action With Prejudice and Without Costs or Fees to Either Party (Dkt. #14).   Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.      This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2.      All pending motions are denied as moot.

3.      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 4th day of November, 2015.

_____

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record